MARGARET CHURCHILL, Appellant, *v.* LAWTON CATEN, Respondent.

*Churchill* v. *Caten,* 90 App. Div. 617, affirmed.
(Argued March 3, 1905; decided March 17, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 16, 1904, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*Frank Talbot* and *John E. M'Lean* for appellant.

*Andrew J. Nellis* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Not voting: O'BRIEN, J.

---

EDMUND C. VIEMEISTER, Respondent, *v.* THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.

*Viemeister* v. *Brooklyn Heights R. R. Co.,* 91 App. Div. 510, appeal dismissed.
(Argued March 13, 1905; decided March 17, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 19, 1904, which reversed a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial and granted a new trial.

*I. R. Oeland* and *George D. Yeomans* for appellant.

*Robert Stewart* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.